IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NUMBER: 7:13-CR-49 (HL)** |
| : | |
| **WILBUR EDGECOMB, and** : | |
| **DENNIS JOHNSON** : | |
| _____ : | |

## ORDER OF CONTINUANCE

Defendants in the above-styled case were indicted on December 10, 2013. Both defendants made an initial appearance and were arraigned on December 17, 2013, in Albany, Georgia. Both defendants were detained pending trial. A third defendant has not yet appeared in the case.

The parties have engaged in discovery and continue to actively engage in discovery and plea negotiations aimed at resolving the matter. The defendants are currently in custody. The parties have jointly moved for a continuance to permit time to resolve the matter.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the next regularly scheduled term of Court for the Valdosta Division of this district and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h).

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(8)(B)(i), and that failure to grant such continuance would deny counsel for the defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(8)(B)(iv).

SO ORDERED, this  6th  day of   January  , 2014.

 s/Hugh Lawson 
HUGH LAWSON, SENIOR JUDGE

Presented by:
ROBERT D. McCULLERS
S/ROBERT D McCULLERS
ASSISTANT UNITED STATES ATTORNEY